**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC., | § | |
| *Plaintiff*, | § | CIVIL ACTION 6:21-cv-00740-ADA |
| | § | |
| v. | § | |
| | § | |
| SZ DJI TECHNOLOGY CO, LTD., DJI | § | |
| EUROPE B.V., AND DJI | § | |
| TECHNOLOGY, INC., | § | |
| *Defendants.* | § | |

**TEXTRON INNOVATIONS'S RESPONSE TO DJI TECHNOLOGY, INC.'S MOTION**
**TO TRANSFER OR IN THE ALTERNATIVE DISMISS FOR IMPROPER VENUE**

Counsel for Plaintiff Textron Innovations Inc. ("TII") met and conferred with counsel for Defendant DJI Technology, Inc. ("DJI Technology") on November 5, 2021.  During the meet and confer, the parties discussed DJI Technology's Motion to Transfer or in the Alternative Dismiss for Improper Venue (Dkt. No. 23).  Although TII does not necessarily agree with the allegations set forth in DJI Technology's Motion, TII has agreed to dismiss the Complaint against DJI Technology.  The parties have also agreed that the dismissal of DJI Technology is without prejudice.  Ex. A.

TII therefore respectfully requests that the Court dismiss the Complaint against DJI Technology without prejudice.

Dated:  November 15, 2021

Respectfully submitted,

/s/ *Kevin J. Meek*

Kevin J. Meek
Texas Bar No. 13899600
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701
Telephone: (512) 322-2587
Facsimile: (512) 322-3687
kevin.meek@bakerbotts.com

Harrison Rich *(pro hac vice)*
Texas Bar No. 24083730
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6896
Facsimile: (214) 661-4896
harrison.rich@bakerbotts.com

Arya Moshiri *(pro hac vice)*
California Bar No. 324231
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6223
Facsimile: (415) 291-6323
arya.moshiri@bakerbotts.com

Mark D. Siegmund
State Bar No. 24117055
**Steckler Wayne Cochran Cherry, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
mark@swclaw.com
jenn@swclaw.com

***ATTORNEYS FOR PLAINTIFF***
***TEXTRON INNOVATIONS INC.***

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being served on all counsel of record who consent to electronic service on this the 15th day of November 2021.

By: /s/ *Mark D. Siegmund*
*Mark D. Siegmund*

John Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
Jacqueline P. Altman
State Bar No. 24087010
**NAMAN HOWELL SMITH & LEE, PLLC**
400 Austin Ave., Suite 800
Waco, Texas 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

Benjamin Schlesinger (*pro hac vice* to be filed)
Robert High (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: (404) 653-6400
Facsimile: (404) 653-6444
benjamin.schlesinger@finnegan.com
robert.high@finnegan.com

J. Michael Jakes (*pro hac vice* to be filed)
Qingyu Yin (*pro hac vice* to be filed)
Joshua Goldberg (*pro hac vice* to be filed)
Sydney Kestle (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001

Telephone: (202) 408-4000
Facsimile: (202) 408-4400
mike.jakes@finnegan.com
qingyu.yin@finnegan.com
joshua.goldberg@finnegan.com
sydney.kestle@finnegan.com

Jacob Schroeder (*pro hac vice* to be filed)
Jinwoo Kim (*pro hac vice* to be filed)
Yanyi Liu (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
jacob.schroeder@finnegan.com
jinwoo.kim@finnegan.com
yanyi.liu@finnegan.com

***Counsel for Defendants SZ DJI Technology Co., LTD.,***
***DJI Europe B.V., and DJI Technology, Inc.***