IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TEXTRON INNOVATIONS INC,** § | | |
| *Plaintiff,* § | CIVIL ACTION 6:21-cv-00740-ADA | |
| § | | |
| **v.** § | | |
| § | | |
| **SZ DJI TECHNOLOGY CO., LTD.,** § | | |
| **DJI EUROPE B.V.,** § | | |
| *Defendants.* § | | |
| § | | |

**JOINT NOTICE REGARDING EXTENSION OF DEADLINES**

Under the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, Plaintiff Textron Innovations Inc. ("TII") and Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V. ("DJI") (collectively, the "Parties") submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the Scheduling Order, Dkt. 54, to afford the Parties more time to prepare and serve final infringement and invalidity contentions.

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | June 16, 2022 | July 14, 2022 |

The requested changes do not change the date for any hearing or trial, and do not affect the Court's ability to hold any scheduled hearing or trial.

Date: June 14, 2022					Respectfully submitted,

					*/s/ Mark D. Siegmund*
					Mark D. Siegmund
					Texas Bar No. 24117055
					mark@swclaw.com
					**STECKLER WAYNE CHERRY & LOVE, PLLC**
					8416 Old McGregor Rd.
					Waco, Texas 76712
					Telephone: (254) 651-3690
					Facsimile: (254) 651-3689

					Kevin J. Meek
					Texas Bar No. 13899600
					BAKER BOTTS L.L.P.
					98 San Jacinto Blvd., Suite 1500
					Austin, TX 78701
					Telephone: (512) 322-2587
					Facsimile: (512) 322-3687
					Kevin.meek@bakerbotts.com
					Valerie.barker@bakerbotts.com

					Harrison Rich (pro hac vice pending)
					Texas Bar No. 24083730
					**BAKER BOTTS L.L.P.**
					2001 Ross Avenue
					Suite 900
					Dallas, Texas 75201
					Telephone: (214) 953-6896
					Facsimile: (214) 661-4896

					***ATTORNEYS FOR TEXTRON INNOVATIONS INC.***

Date: June 14, 2022					Respectfully submitted,

					*/s/ John P. Palmer*
					John P. Palmer
					State Bar No. 15430600
					John A. "Andy" Powell

State Bar No. 24029775
USPTO Reg. No. 71,533
Jacqueline P. Altman
State Bar No. 24087010
**NAMAN, HOWELL, SMITH & LEE PLLC**
400 Austin Avenue, Suite 800
Waco, Texas 76701
Telephone: 254.755.4100
Facsimile: 254.754.6331
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

J. Michael Jakes (*pro hac vice* pending)
Qingyu Yin (*pro hac vice* pending)
Sydney Kestle (*pro hac vice* to be filed)
mike.jakes@finnegan.com
qingyu.yin@finnegan.com
sydney.kestle@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400

Benjamin Schlesinger (*pro hac vice* pending)
Robert High (*pro hac vice* to be filed)
benjamin.schlesinger@finnegan.com
robert.high@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: 404.653.6400
Facsimile: 404.653.6444

Jacob Schroeder (*pro hac vice* pending)
Jinwoo Kim (*pro hac vice* to be filed)
Yanyi Liu (*pro hac vice* to be filed)
jacob.schroeder@finnegan.com
jinwoo.kim@finnegan.com
yanyi.liu@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Stanford Research Park

3300 Hillview Avenue, 2nd Floor
Palo Alto, California 94304
Telephone: 650.849.6600
Facsimile: 650.849.6666
*Counsel for Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V.*

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on June 14, 2022.

/s/ Mark D. Siegmund
Mark D. Siegmund