IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TEXTRON INNOVATIONS INC, § | | |
| *Plaintiff,* § | § | CIVIL ACTION 6:21-cv-00740-ADA |
| § | | |
| v. § | | |
| § | | |
| SZ DJI TECHNOLOGY CO, LTD., § | | |
| DJI EUROPE B.V., SHENZHEN § | | |
| DAJIANG BAIWANG § | | |
| TECHNOLOGY CO. LTD., AND § | | |
| IFLIGHT TECHNOLOGY § | | |
| COMPANY LTD., § | | |
| *Defendants.* § | | |

## DISCOVERY ORDER

On October 17, 2022, the Court held a video conference to resolve the disputes raised by Plaintiff. Having considered the parties' submissions and oral arguments, the Court DENIES WITHOUT PREJUDICE Plaintiff's requested relief. However, the Court ORDERS DJI to produce by October 24, 2022: (1) a declaration in support of its position that the requested source code is subject to Chinese Export Control Laws; (2) information on DJI's efforts to request the code be exported, including the date it was first requested; and (3) any communications with Chinese Authorities concerning the code allegedly subject to export control.

So ORDERED this 26th day of October, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE