IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SZ DJI TECHNOLOGY CO, LTD., DJI EUROPE B.V., SHENZHEN DAJIANG BAIWANG TECHNOLOGY CO LTD., AND IFLIGHT TECHNOLOGY COMPANY LTD.,<br><br>*Defendants*. | Civil Action No.<br>6:21-cv-00740-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE FOR EXTENSION OF TIME**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Textron Innovations Inc. ("Plaintiff") and Defendants SZ DJI Technology Co, Ltd., DJI Europe B.V., SZ DJI Baiwang Technology Co Ltd., and iFlight Technology Company Ltd. ("Defendants") file this Joint Notice for Extension of Time to modify certain deadlines in the Scheduling Order (Dkt. 54). The parties jointly agree to extend the following deadlines listed in the chart below:

| Deadline | Current Date | New Date |
|---|---|---|
| Opening Expert Reports | November 24, 2022 | December 8, 2022 |
| Rebuttal Expert Reports | December 22, 2022 | January 11, 2023 |
| Close of Expert Discovery | January 12, 2023 | January 24, 2023 |
| Dispositive Motion Deadline and *Daubert* Motion Deadline | January 26, 2023 | January 31, 2023 |

This extension does not change the date of any hearing, trial, or other Court date and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| | |
|---|---|
| Dated: October 28, 2022 | Respectfully submitted, |
| | /s/ *MARK D. SIEGMUND* |
| | MARK D. SIEGMUND |
| | Texas Bar No. 24117055 |
| | mark@swclaw.com |
| | **STECKLER WAYNE CHERRY & LOVE, PLLC** |
| | 8416 Old McGregor Rd. |
| | Waco, Texas 76712 |
| | Telephone: (254) 651-3690 |
| | Telecopier: (254) 651-3689 |
| | |
| | Kevin J. Meek |
| | Texas Bar No. 13899600 |
| | **BAKER BOTTS L.L.P.** |
| | 98 San Jacinto Blvd., Suite 1500 |
| | Austin, TX 78701 |
| | Telephone: (512) 322-2587 |
| | Facsimile: (512) 322-3687 |
| | Kevin.meek@bakerbotts.com |
| | Valerie.barker@bakerbotts.com |
| | |
| | Harrison Rich (pro hac vice pending) |
| | Texas Bar No. 24083730 |
| | **BAKER BOTTS L.L.P.** |
| | 2001 Ross Avenue |
| | Suite 900 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 953-6896 |
| | Facsimile: (214) 661-4896 |
| | |
| | ***ATTORNEYS FOR TEXTRON INNOVATIONS INC.*** |
| Dated:  October 28, 2022 | */s/ John P. Palmer* |
| | John P. Palmer |
| | State Bar No. 15430600 |
| | John A. "Andy" Powell |

State Bar No. 24029775
USPTO Reg. No. 71,533
Jacqueline P. Altman
State Bar No. 24087010
**NAMAN, HOWELL, SMITH & LEE PLLC**
400 Austin Avenue, Suite 800
Waco, Texas 76701
Telephone: 254.755.4100
Facsimile: 254.754.6331
palmer@namanhowell.com
powell@namanhowell.com
jaltman@namanhowell.com

J. Michael Jakes (*pro hac vice* pending)
Qingyu Yin (*pro hac vice* pending)
Sydney Kestle (*pro hac vice* to be filed)
mike.jakes@finnegan.com
qingyu.yin@finnegan.com
sydney.kestle@finnegan.com **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: 202.408.4000
Facsimile: 202.408.4400

Benjamin Schlesinger (*pro hac vice* pending)
Robert High (*pro hac vice* to be filed)
benjamin.schlesinger@finnegan.com
robert.high@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, Georgia 30363
Telephone: 404.653.6400
Facsimile: 404.653.6444

Jacob Schroeder (*pro hac vice* pending)
Jinwoo Kim (*pro hac vice* to be filed)
Yanyi Liu (*pro hac vice* to be filed)
jacob.schroeder@finnegan.com
jinwoo.kim@finnegan.com
yanyi.liu@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, California 94304 Telephone: 650.849.6600 Facsimile: 650.849.6666

*Attorneys for SZ DJI Technology Co., Ltd., DJI Europe B.V., SZ DJI Baiwang Technology Co. Ltd., and iFlight Technology Company Ltd.*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 28th day of October, 2022.

*/s/ Mark D. Siegmund*
Mark D. Siegmund
