**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TEXTRON INNOVATIONS INC,** | § | |
| *Plaintiff,* | § | **CIVIL ACTION 6:21-cv-00740-ADA** |
| | § | |
| **v.** | § | |
| | § | |
| **SZ DJI TECHNOLOGY CO, LTD.,** | § | |
| **DJI EUROPE B.V., AND DJI** | § | |
| **TECHNOLOGY, INC.,** | § | |
| *Defendants.* | § | |

**ORDER ON DEFENDANTS' OPPOSED MOTION FOR**
**LEAVE TO AMEND THEIR ANSWER TO ADD A DEFENSE OF**
**UNENFORCEABILITY DUE TO INEQUITABLE CONDUCT**

The Court considered Defendants' opposed motion for leave to amend their answer to add a

defense of unenforceability due to inequitable conduct. The Court finds good cause to amend.

Therefore,

**IT IS ORDERED** that Defendants' motion for leave to amend their answer to add a defense of

unenforceability due to inequitable conduct is **GRANTED.**

SIGNED this _____ day of _____, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE