# EXHIBIT 3

| | |
|---|---|
| **From:** | Schlesinger, Benjamin |
| **To:** | Moshiri, Arya; Schroeder, Jacob; Goldberg, Joshua; High, Robert; Jakes, Mike; Yin, Qingyu; Kestle, Sydney; Kim, Jinwoo; Liu, Yanyi; DJI-Textron; John Palmer |
| **Cc:** | Meek, Kevin; Rich, Harrison; Mayne, Morgan; Oaks, Brian; Speegle, Mark; Zhang, Boyang; Mark Siegmund |
| **Subject:** | RE: Textron v. DJI (6:21-cv-00740-ADA): Source Code Review |
| **Date:** | Wednesday, May 11, 2022 8:41:00 AM |

Arya,

The code will be available for review beginning tomorrow. Please let us know what day you would like to begin and all of those attending.

Best regards,
Ben

**From:** Moshiri, Arya <arya.moshiri@bakerbotts.com>
**Sent:** Thursday, May 5, 2022 12:08 PM
**To:** Schlesinger, Benjamin <Benjamin.Schlesinger@finnegan.com>; Schroeder, Jacob <Jacob.Schroeder@finnegan.com>; Goldberg, Joshua <Joshua.Goldberg@finnegan.com>; High, Robert <Robert.High@finnegan.com>; Jakes, Mike <mike.jakes@finnegan.com>; Yin, Qingyu <Qingyu.Yin@finnegan.com>; Kestle, Sydney <Sydney.Kestle@finnegan.com>; Kim, Jinwoo <Jinwoo.Kim@finnegan.com>; Liu, Yanyi <Yanyi.Liu@finnegan.com>; DJI-Textron <DJI-Textron@finnegan.com>; John Palmer <Palmer@namanhowell.com>
**Cc:** Meek, Kevin <kevin.meek@bakerbotts.com>; Rich, Harrison <harrison.rich@BakerBotts.com>; Mayne, Morgan <morgan.mayne@bakerbotts.com>; Oaks, Brian <brian.oaks@bakerbotts.com>; Speegle, Mark <mark.speegle@bakerbotts.com>; Zhang, Boyang <boyang.zhang@bakerbotts.com>; Mark Siegmund <mark@swclaw.com>
**Subject:** RE: Textron v. DJI (6:21-cv-00740-ADA): Source Code Review

**EXTERNAL Email:**

Thank you, Ben. Please let us know when you have a date certain when we can begin the review next week.

**Arya Moshiri**
Associate | Baker Botts L.L.P.
T 415.291.6223 | M 415.278.1937

**From:** Schlesinger, Benjamin <Benjamin.Schlesinger@finnegan.com>
**Sent:** Wednesday, May 4, 2022 6:35 PM
**To:** Moshiri, Arya <arya.moshiri@bakerbotts.com>; Schroeder, Jacob <Jacob.Schroeder@finnegan.com>; Goldberg, Joshua <Joshua.Goldberg@finnegan.com>; High, Robert <Robert.High@finnegan.com>; Jakes, Mike <mike.jakes@finnegan.com>; Yin, Qingyu <Qingyu.Yin@finnegan.com>; Kestle, Sydney <Sydney.Kestle@finnegan.com>; Kim, Jinwoo <Jinwoo.Kim@finnegan.com>; Liu, Yanyi <Yanyi.Liu@finnegan.com>; DJI-Textron <DJI-Textron@finnegan.com>; John Palmer <Palmer@namanhowell.com>
**Cc:** Meek, Kevin <kevin.meek@bakerbotts.com>; Rich, Harrison <harrison.rich@BakerBotts.com>;

Mayne, Morgan <morgan.mayne@bakerbotts.com>; Oaks, Brian <brian.oaks@bakerbotts.com>; Speegle, Mark <mark.speegle@bakerbotts.com>; Zhang, Boyang <boyang.zhang@bakerbotts.com>; Mark Siegmund <mark@swclaw.com>
**Subject:** RE: Textron v. DJI (6:21-cv-00740-ADA): Source Code Review

[EXTERNAL EMAIL]

Hi Arya,

We are targeting having it ready next week but do not anticipate it being ready by Monday. Once we have a date certain, we will follow up. Alternatively, we can set the review to begin the following Monday, May 16. Please let us know your preference.

We will look into your requested tools and follow up with any questions.

Best regards,
Ben

**From:** Moshiri, Arya <arya.moshiri@bakerbotts.com>
**Sent:** Wednesday, May 4, 2022 2:19 PM
**To:** Schlesinger, Benjamin <Benjamin.Schlesinger@finnegan.com>; Schroeder, Jacob <Jacob.Schroeder@finnegan.com>; Goldberg, Joshua <Joshua.Goldberg@finnegan.com>; High, Robert <Robert.High@finnegan.com>; Jakes, Mike <mike.jakes@finnegan.com>; Yin, Qingyu <Qingyu.Yin@finnegan.com>; Kestle, Sydney <Sydney.Kestle@finnegan.com>; Kim, Jinwoo <Jinwoo.Kim@finnegan.com>; Liu, Yanyi <Yanyi.Liu@finnegan.com>; DJI-Textron <DJI-Textron@finnegan.com>; John Palmer <Palmer@namanhowell.com>
**Cc:** Meek, Kevin <kevin.meek@bakerbotts.com>; Rich, Harrison <harrison.rich@BakerBotts.com>; Mayne, Morgan <morgan.mayne@bakerbotts.com>; Oaks, Brian <brian.oaks@bakerbotts.com>; Speegle, Mark <mark.speegle@bakerbotts.com>; Zhang, Boyang <boyang.zhang@bakerbotts.com>; Mark Siegmund <mark@swclaw.com>
**Subject:** Textron v. DJI (6:21-cv-00740-ADA): Source Code Review

**EXTERNAL Email:**

Counsel,

Thanks for confirming that the code will be available in Boston next week. Our code reviewer, Maja Bystrom, would like to review starting on Monday and running through at least Wednesday. Please confirm that the code will be ready by then. In addition, Ms. Bystrom requests the following code-review tools:

If the source code is being produced on a Windows computer:
- PowerGrep
- Notepad++
- Office (if docs are produced in non-text, non-pdf form)
- Acroread

- a browser, Chrome preferred
- cygwin (or similar)
- image viewer, such as photoeditor or gimp
- UML reader (if UML is used)
- ExamDiff or BeyondCompare
- desktop git or svn tool (or similar, if produced in repos)
- Eclipse or VisualStudio (or other IDE)

If the source code is being produced on a Mac computer:
- Slickedit
- Xcode
- Safari

Thanks,

**Arya Moshiri**
Associate | Baker Botts L.L.P.
T 415.291.6223 | M 415.278.1937
101 California St., Suite 3600, San Francisco, CA 94111

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.