IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTRON INNOVATIONS INC., § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION 6:21-cv-00740-ADA |
| v. § | |
| § | JURY TRIAL DEMANDED |
| SZ DJI TECHNOLOGY CO., LTD., DJI § | |
| EUROPE B.V., SHENZHEN DAJIANG § | |
| BAIWANG TECHNOLOGY CO. LTD., § | |
| AND IFLIGHT TECHNOLOGY § | |
| COMPANY LTD., | |
| *Defendants.* | |

## JUDGMENT

The Court held a jury trial on April 17, 2023, between Plaintiff Textron Innovations Inc. ("TII") and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., SZ DJI Baiwang Technology Co. Ltd., and iFlight Technology Company Ltd. (collectively, "DJI"). The issues have been tried, and the jury rendered its unanimous verdict on April 21, 2023. ECF No. 316.

Under Federal Rule of Civil Procedure 58, and in accordance with the jury's unanimous verdict, it is hereby **ORDERED** and **ADJUDGED** that:

1. DJI directly infringes Claims 1, 7, 10, and 11 of U.S. Patent No. 8,014,909 (the "'909 Patent").

2. DJI directly infringes Claim 13 of U.S. Patent No. 9,162,752 (the "'752 Patent").

3. DJI actively induced infringement of Claims 1, 7, 10, and 11 of the '909 Patent.

4. DJI actively induced infringement of Claim 13 of the '752 Patent.

5. DJI's infringement of Claims 1, 7, 10, and 11 of the '909 Patent has been willful.

6. DJI's infringement of Claim 13 of the '752 Patent has been willful.

7. Claims 1, 7, 10, and 11 of the '909 Patent are not invalid.

8. Claim 13 of the '752 Patent is not invalid.

9. Judgment is hereby entered in favor of TII and against DJI in the amount of $278,900,000, more specifically, $30.7 million for the '909 patent and $248.2 million for the '752 patent, together with interest and costs as fixed by the Court.

10. This judgment starts the time for filing any post-trial motions or appeal.

SIGNED this 30th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE